BEFORE THE SECOND DIVISION, OCTOBER 6, 1965

No. 69580.—Reliance Intercontinental Corp. and F. L. Kraemer Co. et al. *v.* United States, protests 306149–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to cotton gloves or silk gloves, the merchandise was held dutiable as follows: The items marked "A" at 30 percent under the provision in paragraph 915, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), for cotton gloves and the items marked "B" at 30 percent under the provision in paragraph 1208, as modified, *supra,* for silk gloves, as claimed.

BEFORE THE SECOND DIVISION, OCTOBER 7, 1965

No. 69581.—Vanderlaan Tile Co., Inc., et al. *v.* United States, protests 63/1795, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of electric coffee grinders and that said articles and the issues involved herein are analogous to those in *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202) ; *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718) ; and Abstract 69082, the claim of the plaintiffs was sustained.